UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS J. FAUST,<br><br>　　　　　Defendant. | Case No. 86-cr-00507-TEH<br><br>**ORDER RE: APRIL 2, 2015 LETTER** |

The Court is in receipt of a letter dated April 2, 2015, from Defendant Thomas J. Faust, entitled "RE: LEGAL IMPOSSIBILITY FOR 30 YEARS." Faust asserts that he is factually innocent of the crimes for which he was convicted and asks that those convictions be "reversed." He has previously challenged these convictions on direct appeal, on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255, and two petitions for writ of *coram nobis*. *Faust v. U.S.*, Case No. C94-2949 DLJ, 1994 WL 744538, at *1-2 (N.D. Cal. Nov. 28, 1994). None of these challenges was successful, and nothing in Faust's letter persuades the Court that relief is now warranted. Accordingly, Faust's request is DENIED.

**IT IS SO ORDERED.**

Dated:   06/10/15

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　United States District Judge